C. ALEX NAEGELE (Cal. Bar. No. 255887)
**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

Attorney for Appellant
LAURA GENS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 18-cv-00375-BLF |
| LAURA GENS | Adv. Proc. No. 17-05045 |
| Debtor. | Chapter 7 |
| | Bankruptcy Case No. 15-53562-SLJ |
| LAURA GENS | |
| Appellant. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| v. | |
| WELLS FARGO BANK, N.A., THE BANK OF NEW YORK MELLON | |
| Appellees. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, hereby given, that the undersigned counsel hereby enters a notice of appearance for Appellant LAURA GENS ("Appellant"), and requests that all notices given or required to be given and all papers served or required to be served in this case upon Appellant be given to and served upon the following:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C. Alex Naegele, Esq.
**C. ALEX NAEGELE,**
**A PROFESSIONAL LAW CORPORATION**
95 South Market Street, Suite 300
San Jose, CA, 95113
Telephone: (408) 995-3224
Facsimile: (408) 890-4645
Email: alex@canlawcorp.com

          **C. ALEX NAEGELE,**
          **A PROFESSIONAL LAW CORPORATION**

Date: January 22, 2018         By: /s/ C. Alex Naegele
                                            C. Alex Naegele
                                            Attorney for Appellant
                                            LAURA GENS